JANE PANKIEWICZ, PETITIONER-RESPONDENT, v. NEW
JERSEY BELL TELEPHONE CO., RESPONDENT-APPEL-
LANT.

Argued April 1, 1969—Decided April 3, 1969.

*Mr. Andrew Lawrie* argued the cause for the appellant
(*Messrs. Lawrie and Jennings,* attorneys).

*Mr. John W. Devlin* argued the cause for the respondent
(*Messrs. O'Brien, Devlin & Shaw,* attorneys).

PER CURIAM. The judgment of the Appellate Division
is affirmed on the majority opinion, 105 *N. J. Super.* 287.

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN — 7.

*For reversal* — None.